IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SOPHIA VAZQUEZ, | * |
| Plaintiff, | * |
| v. | Case No.  5:20-CV-198-MTT |
| | * |
| WAL-MART, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 20, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 20th day of August, 2020.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk